United States District Court
Southern District of Texas
**ENTERED**
April 05, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FEDERICO PAZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-056 |
| | § | |
| STATE OF IDAHO, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's *pro se* complaint brought pursuant to 42 U.S.C. § 1983 and Application to Proceed In Forma Pauperis. After having reviewed the said Report and Recommendation, and no objections having been filed, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry No. 3 are hereby adopted by this Court.

FURTHER, the Court, having adopted the Magistrate Judge's conclusions, is of the opinion that Plaintiff's claims be **DISMISSED** as malicious or otherwise frivolous, that the Application to Proceed In Forma Pauperis be **DENIED as MOOT**, and that this civil action be **DISMISSED**.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED April 5, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge